UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STACEY CLOVER, JUSTIN CLOVER and ZACHARIAH KIMMEL<br><br>       Plaintiffs,<br><br>              v.<br><br>BRADLEY GRIFFITH, BRET GENTRY, CORTNEY GRIFFITH, JUDGE GOTT, BENNY VICK, RONALD COLBURN,<br><br>       Defendants. | Case No. 3:21-cv-01715-JPG |

## ORDER TO SHOW CAUSE

On March 3, 2022, this Court allowed plaintiffs complaint to move forward (Doc. 14). Additionally, the Court directed the Clerk of the Court to send plaintiffs a sufficient number of blank summons forms for plaintiffs to provide to the United States Marshal in order to effectuate service pursuant to Federal Rule of Civil Procedure 4.

Pursuant to Rule 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. Rul. Civ. Proc. 4(m). Defendant was required to be served on June 1, 2022. As of entry of this order, plaintiffs have not effectuated service on defendants.

The Court hereby **ORDERS** plaintiffs to **SHOW CAUSE** by July 28, 2022, as to why the Court should not dismiss this action against all defendants for failure to serve defendants within the 90 days prescribed in Rule 4(m). If the plaintiffs do not provide good cause for failure to adhere to the federal rules of civil procedure, or do not respond to the Court by July 28, 2022,

1

the Court will dismiss plaintiffs' action (Doc. 13) without prejudice.

**IT IS SO ORDERED.**
**Dated: June 27, 2022**

<u>**/s/ J. Phil Gilbert**</u>
**J. PHIL GILBERT**
**DISTRICT JUDGE**