IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STACEY CLOVER and ZACHARIAH KIMMEL, <br><br> Plaintiffs, <br><br> vs. <br><br> BRADLEY GRIFFITH and BRET GENTRY, <br><br> Defendants. | Case No. 21-cv-1715-JPG |

### MEMORANDUM AND ORDER

Plaintiffs are proceeding in this action *pro se*. On March 3, 2022, this Court allowed plaintiffs complaint to move forward (Doc. 14). Additionally, the Court directed the Clerk of the Court to send plaintiffs a sufficient number of blank summons forms for plaintiffs to provide to the United States Marshal in order to effectuate service pursuant to Federal Rule of Civil Procedure 4.

Pursuant to Rule 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. Rul. Civ. Proc. 4(m). However, Plaintiffs are proceeding *pro se*. Additionally, this Court allowed Plaintiffs to proceed *in forma pauperis* (Doc. 14). Pursuant to Rule 4(m) a plaintiff proceeding *in forma pauperis* is allowed 120 days to accomplish service. *See* Fed. R. Civ. P. 4(m). Plaintiffs were required to effectuate service by July 1, 2022.

As of entry of this order, August 15, 2022, plaintiffs have not effectuated service on defendants. Plaintiffs did not provide the USMS with the service documents and, as a

consequence, service was not accomplished within 120 days of the commencement of this action as required by Federal Rule of Civil Procedure 4(m).  On June 27, 2022, this Court ordered Plaintiffs to show cause on or before July 28, 2022, why their claim against defendants should not be dismissed without prejudice for lack of service of process.  Plaintiffs have not responded to the order to show cause.  Accordingly, as the Court warned it would do in the order to show cause, the Court **DISMISSES** this case **without prejudice** pursuant to Federal Rule of Civil Procedure 4(m) for failure to achieve service.  The Clerk of Court is **DIRECTED** to enter judgment accordingly.

**IT IS SO ORDERED.**
**Dated: August 15, 2022**

                                                      /s/ J. Phil Gilbert
                                                      **J. PHIL GILBERT**
                                                      **DISTRICT JUDGE**