IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STACEY CLOVER and ZACHARIAH KIMMEL, | ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 21-cv-1715-JPG ) |
| BRADLEY GRIFFITH and BRET GENTRY, | ) ) ) ) |
| Defendants. | ) |

## JUDGMENT

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to plaintiffs' failure to prosecute this case pursuant to Rule 41(b), and for failure to adhere to the Federal Rules of Civil Procedure, Plaintiffs' Complaint against Defendants is **DISMISSED WITHOUT PREJUDICE**.

DATED: August 15, 2022         MONICA A. STUMP, Clerk of Court
                               s/Tina Gray, Deputy Clerk


**Approved:**   s/ J. Phil Gilbert
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**